UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEFFREY D. KNUCKLES, | ) |
| Plaintiff, | ) |
| -vs- | ) CASE NO.: 1:07-cv-1575-WTL-JMS |
| CSX TRANSPORTATION, INC., SHELBY TRUCKING, INC., and MICHAEL K. ROACH, | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

This matter came before the Court on the Stipulation of Dismissal filed herein by the parties.

And the Court, being duly advised in the premises now finds that said Stipulation should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that this matter be, and it hereby is, dismissed with prejudice, costs paid.

DATED: 11/05/2009

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

<u>Copies</u> <u>to</u>:

John C. Trimble/Robert M. Baker IV
LEWIS WAGNER, LLP
500 Place
501 Indiana Avenue, Suite 200
Indianapolis, Indiana  46202
jtrimble@lewiswagner.com
rbaker@lewiswagner.com

Bruce A. Hugon
STUART & BRANIGIN
8888 Keystone Crossing, Suite 1401
Indianapolis, IN  46240
bah@stuartlaw.com

Patrick J. Harrington/Robert E. Harrington, Jr.
Robert E. Harrington, III
HARRINGTON, THOMPSON, ACKER &
    HARRINGTON, LTD.
180 North Wacker Drive, 3rd Floor
Chicago, IL  60606
htah@harringtonlaw.com

Q:\acu\180\stipdisord.doc